## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **NATALIE ADAMSON,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**LLOYD LAWSON and**<br>**TEAM INDUSTRIAL SERVICES, INC.**<br><br>**Defendants.** | **Federal Case No.:**<br><br>**State Case No.:**      2018-CV-000007C |

### NOTICE OF REMOVAL

COMES NOW Defendant Team Industrial Services, Inc. ("Team" or "Defendant"), and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, as well as Rule 81(c) of the Federal Rules of Civil Procedure, submits this notice of removal and states as follows:

*The Removed Case*

1. On February 6, 2018, Plaintiff Natalie Adamson ("Plaintiff") filed a petition in the District Court of Montgomery County, Kansas against Defendant Team.

2. All pleadings and other papers filed in the state court proceeding are attached hereto as Exhibit A.

3. In her Petition, Plaintiff claims that on March 11, 2016, an employee of Defendant Team, who was working within the course and scope of his employment with Defendant Team, ran a red light and collided with her vehicle. (Petition ¶¶ 7 and 8).

4. Plaintiff served Defendant via its corporate representative on February 9, 2018. (Return of Service).

5. Defendant filed this notice of removal within 30 days of service upon its registered agent, and therefore, this notice of removal is timely under 28 U.S.C. § 1446(b)(1).

*Basis of Subject Matter Jurisdiction*

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and (c)(1) because, as described more fully below, there is complete diversity of citizenship between the parties. Consequently, removal to this Court is proper under 28 U.S.C. § 1441(a).

7. Regarding the parties, this is a civil action between citizens of different states as contemplated by 28 U.S.C. § 1332(a)(1) and (c)(1).

8. In addition, the amount in controversy exceeds $75,000, exclusive of interest and costs, as required by 28 U.S.C. § 1332(b).

*Complete Diversity of Citizenship Between Plaintiffs and Defendants*

9. According to the Petition, Plaintiff is a resident of Kansas. (Petition ¶ 1).

10. According to the Petition, Defendant Lloyd Lawson is a resident of Kentucky, and Defendant Team is a Texas corporation. (Petition ¶¶ 2 and 3). Therefore, neither Defendant Lloyd Lawson nor Defendant Team are citizens of Kansas.

11. Because Plaintiff and Defendant are citizens of different states, there is complete diversity between the parties, as required by 28 U.S.C. §1332.

*Sufficient Amount in Controversy*

12. In her Petition, Plaintiff specifically requests damages in excess of $75,000, exclusive of interests and costs. (Petition, WHEREFORE clause following ¶ 14).

13. Because the amount in controversy exceeds $75,000, exclusive of interests and costs, the requirements of 28 U.S.C. § 1332(b) are satisfied.

*Notice to State Court and to Plaintiff*

14. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this notice is being filed in the District Court of Montgomery County, Kansas and served upon counsel for Plaintiff.

*No Waiver of Defenses*

15. The filing of this notice of removal is expressly made subject to and without waiving any defense Defendant may have regarding Plaintiff's claims against it, including the defense of lack of personal jurisdiction over Defendant.

Respectfully submitted,

DYSART TAYLOR COTTER
  McMONIGLE & MONTEMORE, P.C.

 /s/ Michael J. Judy
Amanda Pennington Ketchum    KS #20559
Michael J. Judy              KS #22916
4420 Madison Avenue, Suite 200
Kansas City, Missouri 64111
Telephone: (816) 931-2700
Facsimile: (816) 931-7377
aketchum@dysarttaylor.com
mjudy@dysarttaylor.com

**ATTORNEYS FOR DEFENDANT TEAM INDUSTRIAL SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served through this Court's Notice of Electronic Filing system and via United States mail, postage prepaid, this 9th day of March, 2018, upon:

Angela Spigarelli
THE SPIGARELLI LAW FIRM
515 North Broadway
Pittsburg, Kansas 66762
Telephone:   (620) 231-1209
Facsimile:   (620) 232-6650
aspig@spigarelli-law.com
**ATTORNEYS FOR PLAINTIFF**

 */s/ Michael J. Judy*
**ATTORNEYS FOR DEFENDANT TEAM INDUSTRIAL SERVICES, INC.**

3