

2018-CV-000007C : Natalie Adamson vs. Team Industrial Services, Inc., et al.

DISTRICT COURTS - Montgomery-Coffeyville District Court

**Case Number** 2018-CV-000007C
**Case Type** Automobile Tort
**Opened**
**Status** Active

**Plaintiff** Natalie Adamson
**Defendant** Team Industrial Services, Inc. et al
**Judge** Jeffrey W Gettler - Division GETTLERJ

⊞ Show/Hide Participants

| File Date | Case History |
|---|---|
| 02-06-2018 | Petition PLE: Petition |
| 02-06-2018 | Summons on Defendant Team Industrial Services, Inc. PLE: Summons |
| 02-12-2018 | Return of Service of Summons on Defendant Team Industrial Service, Inc. RET: Return of Service |
| 02-12-2018 | Summons on Defendant Lloyd Lawson PLE: Summons |
| 03-06-2018 | Entry of Appearance Michael Judy INF: Entry of Appearance |
| 03-06-2018 | Entry of Appearance Amanda Ketchum INF: Entry of Appearance |



ELECTRONICALLY FILED
2018 Feb 06 AM 11:39
CLERK OF THE MONTGOMERY-COFFEYVILLE DISTRICT COURT
CASE NUMBER: 2018-CV-000007C

IN THE DISTRICT COURT OF MONTGOMERY COUNTY, KANSAS

| | | |
|---|---|---|
| NATALIE ADAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. ____________________ |
| | ) | |
| LLOYD LAWSON and | ) | |
| TEAM INDUSTRIAL SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**PETITION**

(Pursuant to K.S.A. Chapter 60)

**COMES NOW**, Plaintiff, Natalie Adamson, by and through her attorneys of record, The Spigarelli Law Firm, and for her claim against Defendants Lloyd Lawson and Team Industrial Services, Inc., states as follows:

1. That the Plaintiff, Natalie Adamson, is a resident of Coffeyville, Montgomery County, Kansas.

2. That Defendant, Lloyd Lawson, is a resident of Frankfort, Kentucky, and may be served at 35 Ashwood Court, Apt. 3, Frankfort, Kentucky 40601.

3. That Defendant, Team Industrial Services, Inc., (hereinafter referred to as "Team Inc.") is a Texas Corporation authorized to do business in the State of Kansas. Service can be perfected by serving Defendant Team Inc.'s Registered Agent, Corporation Service Company, at 2900 SW Wanamaker Drive, Suite 2014, Topeka, Kansas 66614.

4. Venue and jurisdiction in Montgomery County, Kansas are proper.

**INCIDENT**

5. That on or about March 11, 2016, Defendant Lloyd Lawson was operating a vehicle heading west in the outside lane on US 166/11th Street in Coffeyville, Montgomery County, Kansas.

6. That at or about the same time and location, Plaintiff Natalie Adamson was operating a vehicle traveling south on Willow Street.

7. That at or about the same time and location, Defendant Lloyd Lawson ran a red light causing him to collide with Plaintiff's vehicle, resulting in Plaintiff's serious personal injuries and property damage to the vehicle.

**NEGLIGENCE OF THE DEFENDANTS**

8. At the time of the accident, Defendant Lloyd Lawson was working for Defendants and was operating his vehicle in the course and scope of his employment.

9. Defendant Team Inc. is responsible for the acts of Defendant Lloyd Lawson under the doctrine of respondeat superior.

10. That without limiting a general allegation of negligence on the part of the Defendant Lloyd Lawson, Plaintiff alleges that Defendant was negligent in the following particulars:

a. Failure to maintain his vehicle under proper control;
b. Failure to keep a proper lookout;
c. Failure to give full time and attention to the operation of said vehicle;
d. Failure to operate said vehicle in a careful and prudent manner;
e. Failure to take steps necessary to avoid an accident; and
f. Failure to stop at a red light.

## DAMAGES

11. As a direct result of said negligence, Plaintiff sustained damages for pain and suffering, mental anguish, temporary and permanent disability and disfigurement, medical expenses, loss of income, property damage, and other losses, and will in the future sustain further damages for additional pain and suffering, mental anguish, temporary and permanent disability and disfigurement, medical expenses, loss of income, and other losses.

WHEREFORE, Plaintiff prays for judgment in her favor and against Defendants for an amount in excess of $75,000.00, costs of this action, and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,


ANGELA SPIGARELLI #18913
FRED SPIGARELLI #07078
THE SPIGARELLI LAW FIRM
515 North Broadway
Pittsburg, KS 66762
(620) 231-1290/FAX 232-6650
*aspig@spigarelli-law.com*
***ATTORNEYS FOR PLAINTIFF***


## REQUEST AND DEMAND FOR JURY TRIAL

It is the request and demand of the Plaintiff that she be granted a jury trial in the determination of this matter and controversy.


ANGELA SPIGARELLI #18913
FRED SPIGARELLI #07078

ELECTRONICALLY FILED
2018 Feb 06 PM 1:37
CLERK OF THE MONTGOMERY-COFFEYVILLE DISTRICT COURT
CASE NUMBER: 2018-CV-000007C

Natalie Adamson
vs.
Team Industrial Services, Inc., et al. et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

**Team Industrial Services, Inc.**
**Corporation Service Company**
**2900 SW Wannamaker Drive, Ste. 2014**
**Topeka, KS 66614**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Angela Spigarelli
515 North Broadway
P.O. Box 1449
Pittsburg, KS 66762

within 30 days after service of summons on you.

Cathey Hennisey
SEAL

Clerk of the District Court
Electronically signed on 02/06/2018 01:48:20 PM

**Documents to be served with the Summons:**
Petition, PLE: Summons Summons on Defendant Team Industrial Services, Inc.

2018-CV-000007C

ELECTRONICALLY FILED
2018 Feb 12 PM 1:04
CLERK OF THE MONTGOMERY-COFFEYVILLE DISTRICT COURT
CASE NUMBER: 2018-CV-000007C

**RETURN OF SERVICE OF SUMMONS**

I hereby certify that I served a copy of this summons and a copy of the Petition on Team Industrial Service, Inc. in the following manner:

______(1) **Personal Service** - on the ___ day of __________________, 2____, by delivering or offering to deliver the documents to the above-named person;

______(2) **Residence Service** - on the __ day of __________________, 2____, by leaving the documents at the dwelling or usual place of abode of the above-named person, with some person of suitable age and discretion who resides there;

______(3) **Residence Service** - on the __ day of __________________, 2____, by leaving a copy of the documents at the dwelling or usual place of abode of the above-named person and mailing to that person by first-class mail a notice that the copy has been left at the individual's dwelling or place of abode;

_X___(4) **Return Receipt Delivery** - by causing to be delivered on the 9th day of February, 2018, the documents by return receipt delivery to the above-named at the following address: 2900 SW Wannamaker Drive, Suite 2014, Topeka, KS 66614. A copy of the return receipt evidencing delivery is attached to this Return of Service.

______(5) **Return Receipt Delivery Refused** - by mailing on the ________________ day of __________________, 2____, the documents by first-class, postage prepaid, to the above-named person at the following address: __________________.

______(6) **Other Method of Service** - __(Describe other method of service allowed by law).
By personally serving ,
. on the _____ day of ______________, 2018.

______(7) **No Service**. The above-named person was not served for the following reason(s):
____________________________________________________________________

**CERTIFICATION OF**
**RETURN ON SERVICE OF SUMMONS**

**Service by**
**Law Enforcement Officer**

I declare under penalty of perjury, as provided in K.S.A. 21-3805, that the foregoing Return on Service of Summons is true and correct.

Executed on ________________, 2018.

______________________________
(Signature and Title of Officer)

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Team Industrial Services
Corporation Service Company
2900 SW Wannamaker Drive,
Suite 2014
Topeka, KS 66614

2. Article Number
(*Transfer from service label*)
7010 1060 0002 1426 0608

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Audra Calkins

C. Date of Delivery 2/9

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

PS Form 3811, Februar[y] ... Domestic Return Receipt 102595-02-M-1540

ELECTRONICALLY FILED
2018 Feb 06 PM 1:37
CLERK OF THE MONTGOMERY-COFFEYVILLE DISTRICT COURT
CASE NUMBER: 2018-CV-000007C

Natalie Adamson

vs.

Team Industrial Services, Inc., et al. et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

**Team Industrial Services, Inc.**
**Corporation Service Company**
**2900 SW Wannamaker Drive, Ste. 2014**
**Topeka, KS 66614**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Angela Spigarelli
515 North Broadway
P.O. Box 1449
Pittsburg, KS 66762

within 30 days after service of summons on you.

(SEAL)

Clerk of the District Court
Electronically signed on 02/06/2018 01:48:20 PM

**Documents to be served with the Summons:**
Petition, PLE: Summons Summons on Defendant Team Industrial Services, Inc.

ELECTRONICALLY FILED
2018 Feb 12 PM 3:33
CLERK OF THE MONTGOMERY-COFFEYVILLE DISTRICT COURT
CASE NUMBER: 2018-CV-000007C

Natalie Adamson

vs.

Team Industrial Services, Inc., et al. et. al.

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**Lloyd Lawson**
**35 Ashwood Court, Apt. 3**
**Frankfort, KY 40601**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Angela Spigarelli
515 North Broadway
P.O. Box 1449
Pittsburg, KS 66762

within 21 days after service of summons on you.

Cathey Hennsey [signature] SEAL

Clerk of the District Court
Electronically signed on 02/12/2018 03:39:58 PM

**Documents to be served with the Summons:**
Petition, PLE: Summons Summons on Defendant Lloyd Lawson

ELECTRONICALLY FILED
2018 Mar 06 PM 1:37
CLERK OF THE MONTGOMERY-COFFEYVILLE DISTRICT COURT
CASE NUMBER: 2018-CV-000007C

IN THE DISTRICT COURT OF MONTGOMERY COUNTY, KANSAS
IN COFFEYVILLE

| | | |
|---|---|---|
| NATALIE ADAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2018-CV-000007C |
| | ) | Division No. |
| LLOYD LAWSON; and TEAM INDUSTRIAL SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

Michael J. Judy with the law firm of Dysart Taylor Cotter McMonigle & Montemore, P.C., and hereby enters his appearance for Defendant Team Industrial Services, Inc.

Respectfully submitted,

DYSART TAYLOR COTTER
McMONIGLE & MONTEMORE, P.C.

By: */s/ Michael J. Judy*

Amanda Pennington Ketchum #20559
Michael J. Judy #22916
4420 Madison Avenue, 2nd Floor
Kansas City, Missouri 64111
(816) 931-2700
(816) 931-7377 – FAX
aketchum@dysarttaylor.com
mjudy@dysarttaylor.com

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of March, 2018, the foregoing document was filed and served on all counsel of record through the Court's online filing system.

*/s/ Michael J. Judy*
Attorney

ELECTRONICALLY FILED
2018 Mar 06 PM 1:35
CLERK OF THE MONTGOMERY-COFFEYVILLE DISTRICT COURT
CASE NUMBER: 2018-CV-000007C

IN THE DISTRICT COURT OF MONTGOMERY COUNTY, KANSAS
IN COFFEYVILLE

| | |
|---|---|
| NATALIE ADAMSON,<br><br>Plaintiff,<br><br>v.<br><br>LLOYD LAWSON; and TEAM INDUSTRIAL SERVICES, INC.,<br><br>Defendants. | Case No. 2018-CV-000007C<br>Division No. |

**ENTRY OF APPEARANCE**

Amanda Pennington Ketchum with the law firm of Dysart Taylor Cotter McMonigle & Montemore, P.C., and hereby enters her appearance for Defendant Team Industrial Services, Inc.

Respectfully submitted,

DYSART TAYLOR COTTER
McMONIGLE & MONTEMORE, P.C.

By: *_/s/ Amanda Pennington Ketchum_*

Amanda Pennington Ketchum #20559
Michael J. Judy #22916
4420 Madison Avenue, 2nd Floor
Kansas City, Missouri 64111
(816) 931-2700
(816) 931-7377 – FAX
aketchum@dysarttaylor.com
mjudy@dysarttaylor.com

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of March, 2018, the foregoing document was filed and served on all counsel of record through the Court's online filing system.

*/s/ Amanda Pennington Ketchum*
Attorney